[55 C.2d 908; 12 Cal.Rptr. 864, 361 P.2d 592]

[Crim. No. 6804.   In Bank.   May 1, 1961.]

THE PEOPLE, Appellant, v. AUDREY LOUISE BROWN et al., Respondents.

Stanley Mosk, Attorney General, William E. James, Assistant Attorney General, William B. McKesson, District Attorney, Harry Wood, Robert J. Lord and Harry B. Sondheim, Deputy District Attorneys, for Appellant.

Russell E. Parsons, Harry E. Weiss and Daniel N. Busby for Respondents.

THE COURT.—The facts and legal issues presented on this appeal are substantially the same as those in *People* v. *Keener, ante,* p. 714 [12 Cal.Rptr. 859, 361 P.2d 587], this day decided, and that decision is controlling here.

The order setting aside the information is reversed.